[No. 30132-0-III.   Division Three.   February 21, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL D. WINN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-1-01218-0, Ruth E. Reukauf, J., entered August 8, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 67663-6-I.   Division One.   February 25, 2013.]

BOND SAFEGUARD INSURANCE COMPANY, *Respondent*, v. WISTERIA CORPORATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-2-03232-7, Deborra Garrett, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Schindler and Spearman, JJ.

[No. 67874-4-I.   Division One.   February 25, 2013.]

THE STATE OF WASHINGTON, *Appellant*, v. KEITH THOMAS BLAIR, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-02728-3, Susan J. Craighead, J., entered September 30, 2011. *Reversed* and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 68045-5-I.   Division One.   February 25, 2013.]

SLEEPING TIGER, LLC, *Petitioner*, v. THE CITY OF TUKWILA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-05739-9, Jay V. White, J., entered December 8, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Dwyer, JJ.